# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUDGE JONES

---

HAIN CAPITAL HOLDINGS LTD.

Plaintiff,

-v-

FIBERLIGHT, LLC and KEVIN B. COYNE

Defendant.

---

08 CV Case No. 3156

**Rule 7.1 Statement**

MAR 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff HAIN CAPITAL HOLDINGS LTD.

(a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:**  March 27, 2008

**Signature of Attorney**

**Attorney Bar Code:**  LH-8960

Form Rule7_1.pdf  SDNY Web 10/2007