COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Defendant, FiberLight, LLC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIN CAPITAL HOLDINGS LTD., | |
| Plaintiffs, | Civil Action No. 08-cv-3156 |
| v. | **STIPULATION EXTENDING TIME TO RESPOND** |
| FIBERLIGHT, LLC and KEVIN B. COYNE, | |
| Defendants. | |

It is hereby stipulated and agreed to by and between Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendant, FiberLight, LLC, and Lawrence C. Hersh, attorney for Plaintiff, Hain Capital Holdings Ltd., that the time within which the Defendants, FiberLight, LLC, and Kevin B. Coyne, may respond to the Complaint is hereby extended until May 1, 2008.

45768/0001-2603707v1

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys for Defendant, FiberLight, LLC

By: _____
Steven L. Klepper

DATED: April 15, 2008

LAWRENCE C. HERSH
Attorneys for Plaintiff, Hain Capital Holdings Ltd..

By: _____
Lawrence C. Hersh

DATED: April 17, 2008

Application Granted.

SO ORDERED _____
Dated: BARBARA S. JONES
U.S.D.J.
4/17/08

55768/0001-2603707v1