```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 5/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

HAIN CAPITAL HOLDINGS LTD.,                :

                Plaintiff,          :          08 Civ. 3156 (BSJ) (AJP)

         -against-                          :          ORDER SCHEDULING
                                                                 INITIAL PRETRIAL CONFERENCE

FIBERLIGHT, LLC & KEVIN B. COYNE,     :

                Defendants.        :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for May 16, 2008 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

       Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:      New York, New York
             May 1, 2008

                                                   Andrew J. Peck
                                                   United States Magistrate Judge

Copies **by fax & ECF** to:    Lawrence C. Hersh, Esq.
                                      Steven L. Klepper, Esq.
                                      Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference