UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

HAIN CAPITAL HOLDINGS LTD.,          :

           Plaintiff,              :       08 Civ. 3156 (BSJ) (AJP)

-against-                            :       ORDER RESCHEDULING
                                                                    STATUS CONFERENCE

FIBERLIGHT, LLC & KEVIN B. COYNE,    :

           Defendants.            :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

**ANDREW J. PECK, United States Magistrate Judge:**

        The status conference originally scheduled for May 16 2008 is rescheduled to Monday, May 19, 2008 at 10:30 a.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

        SO ORDERED.

DATED:    New York, New York
              May 9, 2008

                                                                          Andrew J. Peck
                                                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Lawrence C. Hersh, Esq.
                                        Steven L. Klepper, Esq.
                                        Paige Leigh Ellerman, Esq.
                                        Judge Barbara S. Jones

C:\ORD\