~~COURTESY COPY~~

UNITED STATES DISTRICT COURT SDNY
SOUTHERN DISTRICT OF NEW YORK
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/19/08

| | |
|---|---|
| HAIN CAPITAL HOLDINGS, LTD., | Case No. 08 CV 3156 (BSJ) |
| Plaintiff, | Civil Action |
| - against - | |
| FIBERLIGHT, LLC, and KEVIN B. COYNE, | **NOTICE OF MOTION** |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and accompanying Declaration of Steven L. Klepper, Esq., Defendants, through their undersigned counsel, will move this Court at the United States Courthouse at 500 Pearl Street, New York, New York, on a date and time to be set by this Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9 dismissing Plaintiff's Complaint against Defendant, Kevin B. Coyne, and dismissing Count Two of Plaintiff's Complaint against Defendant, FiberLight, LLC.

May 1, 2008

Respectfully submitted,

Steven L. Klepper (SK 1012)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue
16th Floor
New York, NY 10022-4728
212.752.8000
212.752.8393 (fax)
Attorneys for Defendants, FiberLight, LLC, and Kevin B. Coyne

**MEMO ENDORSED** 5/19/08

[Handwritten endorsement, partially legible:] To the extent [of] Plaintiff's amended complaint, its motion is DENIED without prejudice to [its] response. [Any] motion on amended [complaint] [illegible]...

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

{W1261330.1}

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
### UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

<u>Dated</u>:   **May 19, 2008**                          <u>Total Number of Pages</u>: 2

| TO | FAX NUMBER |
|---|---|
| Lawrence C. Hersh, Esq. | 201-507-6311 |
| Steven L. Klepper, Esq. | 201-489-1536 |
| Paige Leigh Ellerman, Esq. | 513-381-0205 |

## TRANSCRIPTION:

**MEMO ENDORSED 5/19/08**

In light of plaintiff's amended complaint, the motion is <u>**DENIED**</u> without prejudice to defendants' response (by motion or answer) to the amended complaint. All parties consented to this at today's conference (<u>see</u> transcript).

Copy to:   Judge Barbara S. Jones