UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAIN CAPITAL HOLDINGS, LTD.
                              Plaintiff,

      -against-

FIBERLIGHT, LLC and KEVIN B. COYNE
                            Defendants.

08 CV 3156 (BSJ)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven L. Klepper a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: W. Timothy Miller

    Applicant's Name: Paige Leigh Ellerman

    Firm Name: Taft Stettinius & Hollister LLP

    Address: 425 Walnut Street, Ste. 1800

    City/State/Zip: Cincinnati, Ohio 45202

    Phone Number: (513) 381-2828

    Fax Number: (513) 381-0205

W. TIMOTHY MILLER is a member in good standing of the Bar of the State of Ohio. Mr. Miller is also admitted to practice in the United States District Courts for the Southern District of Ohio, the Northern District of Ohio, the Southern District of Indiana, and in the Sixth Circuit Court of Appeals.

PAIGE LEIGH ELLERMAN is a member in good standing of the Bar of the State of Ohio, the State of Indiana, and the Commonwealth of Kentucky. Ms. Ellerman is also admitted to practice in the United States District Courts for the Southern District of Ohio, Northern District of Ohio, Eastern District of Kentucky, Western District of Kentucky, Southern District of Indiana and in the Supreme Court of the United States.

There are no pending disciplinary proceeding against W. TIMOTHY MILLER and PAIGE LEIGH ELLERMAN in any State or Federal court.

{W1267720.1}
45768/0001-1521945v1

Dated:   May 20, 2008
         New York, New York

                                              Respectfully submitted,

                                              _____

                                              Sponsor's  Steven L. Klepper
                                              SDNY Bar (SK 1012)
                                              Firm Name:  Cole, Schotz, Meisel, Forman & Leonard, P.A.
                                              Address:  900 Third Avenue, 16th Floor
                                              City/State/Zip:  New York, NY  10022-4728
                                              Phone Number:  (212) 752-8000
                                              Fax Number:  (212) 752-8393

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAIN CAPITAL HOLDINGS, LTD.
                                      Plaintiff,

-against-

FIBERLIGHT, LLC and KEVIN B. COYNE
                                     Defendants.

08 CV 3156 (BSJ)

**AFFIDAVIT OF
STEVEN L. KLEPPER
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York          )
                                  ) ss:
County of New York       )

Steven L. Klepper, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit W. Timothy Miller and Paige Leigh Ellerman as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known W. Timothy Miller since March 2008.

4. W. Timothy Miller is a partner with Taft Stettinius & Hollister LLP in Cincinnati, Ohio.

5. I have found W. Timothy Miller to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I have known Paige Leigh Ellerman since 2006.

7. Paige Leigh Ellerman is an associate with Taft Stettinius & Hollister LLP in Cincinnati, Ohio.

8. I have found Paige Leigh Ellerman to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

9. Accordingly, I am pleased to move the admission of W. Timothy Miller and Paige Leigh Ellerman, pro hac vice.

10. I respectfully submit a proposed order granting the admission of W. Timothy Miller and Paige Leigh Ellerman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit W. Timothy Miller and Paige Leigh Ellerman, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: May 20, 2008
New York, New York

Respectfully submitted

_____
Name of Movant: Steven L. Klepper
SDNY Bar Code: SK1012

Sworn to and Subscribed
before me this 20 day of May,

_____
**KAREN L. CHIANDUSSE**
**A Notary Public of New Jersey**
**My Commission Expires 7/12/2012**

{W1267716.1}
45768/0001-1521951v1

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

William Timothy Miller

was admitted to the practice of law in Ohio on November 09, 1992; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

> IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of April, 2008.
>
> SUSAN B. CHRISTOFF
> *Director, Attorney Services Division*
>
> *Attorney Registration Specialist*

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225



**OFFICERS**
Jane Winkler Dyche
*President*

Barbara D. Bonar
*President-Elect*

Charles E. English, Jr.
*Vice President*

Robert C. Ewald
*Past President*

**YOUNG LAWYERS**
Ryan C. Reed
*Chair*

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit

*THIS IS TO CERTIFY THAT*

**PAIGE LEIGH ELLERMAN**
*560 East Fourth Street*
*Newport, Kentucky 41071*

*Membership No.* **88172**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 28th day of April, 2008.

**JAMES L. DECKARD**
**REGISTRAR**

By: _____
Nicole A. Key, Deputy Registrar

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____PAIGE LEIGH ELLERMAN_____

is a member of the bar of said Court since admission on

_____SEPTEMBER 21st 2001_____ , and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __28th__ day of __APRIL__ , 20 __08__ .

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

# 𝕿𝖍𝖊 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕺𝖍𝖎𝖔

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                      Paige Leigh Ellerman

was admitted to the practice of law in Ohio on November 08, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                                   IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of April, 2008.

                                   SUSAN B. CHRISTOFF
                                   *Director, Attorney Services Division*

                                   *Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

HAIN CAPITAL HOLDINGS, LTD.    08 CV 3156 (BSJ)

              Plaintiff,    **AFFIDAVIT OF SERVICE**

      - against -

FIBERLIGHT, LLC and KEVIN B. COYNE,

             Defendants.

------------------------------------

STATE OF NEW JERSEY )
                         SS.:
COUNTY OF BERGEN )

      KAREN L. CHIANDUSSE, being of full age, hereby deposes and says:

      1.    I am a paralegal with the law firm Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendants Fiberlight, LLC and Kevin B. Coyne ("Defendants"), in the above-captioned matter. I am over the age of eighteen (18) years and not a party to this action.

      2.    On the **20th** day of May 2008, I served a copy of the following document(s) on behalf of Defendants:

      (a)    Motion to Admit Counsel Pro Hac Vice;

      (b)    Affidavit of Steven L. Klepper, Esq. in Support of Motion to Admit Counsel Pro Hac Vice; and

      (c)    Form of Order

via Federal Express delivery upon the following

                LAWRENCE C. HERSH, ESQ.
                17 Sylvan Street
                Suite #105
                Rutherford, New Jersey 07070
                **Attorney for Plaintiff Hain Capital Holdings, Ltd.**

                _____
                KAREN L. CHIANDUSSE

Sworn To Before Me This

20TH of MAY 2008

_____
Notary Public
    JULIE MAMONE
  A Notary Public of New Jersey
  My Commission Expires 9/18/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAIN CAPITAL HOLDINGS, LTD.
                       Plaintiff,

        -against-

FIBERLIGHT, LLC and KEVIN B. COYNE
                       Defendants.

08 CV 3156 (BSJ)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Steven L. Klepper, attorney for FiberLight, LLC and Kevin B. Coyne, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  W. Timothy Miller

    Applicant's Name:  Paige Leigh Ellerman

    Firm Name:  Taft Stettinius & Hollister LLP

    Address:  425 Walnut Street, Ste. 1800

    City/State/Zip:  Cincinnati, Ohio  45202

    Telephone/Fax:  (513) 381-2828/ (513) 381-0205

are admitted to practice pro hac vice as counsel for FiberLight, LLC and Kevin B. Coyne in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  May ___, 2008
           New York, New York

                                                    United States District/Magistrate Judge