UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAIN CAPITAL HOLDINGS, LTD.
                              Plaintiff,

-against-

08 CV 3156 (BSJ)(AJP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

FIBERLIGHT, LLC and KEVIN B. COYNE
                              Defendants.

Upon the motion of Steven L. Klepper, attorney for FiberLight, LLC and Kevin B. Coyne, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: W. Timothy Miller

    Applicant's Name: Paige Leigh Ellerman

    Firm Name: Taft Stettinius & Hollister LLP

    Address: 425 Walnut Street, Ste. 1800

    City/State/Zip: Cincinnati, Ohio 45202

    Telephone/Fax: (513) 381-2828/ (513) 381-0205

are admitted to practice pro hac vice as counsel for FiberLight, LLC and Kevin B. Coyne in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 27, 2008
       New York, New York

_____
United States District/Magistrate Judge
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

{W1267742.1}
45678/0001-1521954v1

BY FAX