

**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/30/08

Court Plaza North
25 Main Street
P.O. Box 800
HACKENSACK, NJ 07602-0800
201.489.3000  201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

Steven L. Klepper
MEMBER
ADMITTED IN NJ AND NY

Reply to New Jersey Office
WRITER'S DIRECT LINE: (201) 525-6301
WRITER'S DIRECT FAX: (201) 678-6301
WRITER'S E-MAIL: sklepper@coleschotz.com

June 27, 2008

VIA FAX (212-805-7933)

Hon. Andrew J. Peck, U.S.M.J.
U. S. District Court for the
 Southern District of New York
500 Pearl Street - Room #1370
New York, New York 10007-1312



Re: *Hain Capital Holdings, Ltd. v. FiberLight, LLC and Kevin B. Coyne*
Civil Action No.: 08-cv-3156

Dear Judge Peck:

Pursuant to Your Honor's Individual Rules, the parties jointly request that the status conference scheduled for July 2, 2008, at 10 am, be adjourned to a new date approximately 45 days from now. At this time, the parties do not have any discovery disputes. Should the Court wish to hold the conference on July 2d, I respectfully request that the conference be moved to a time later in the day, after 11:30 am, as I am scheduled to appear for oral argument on a preliminary injunction application, before Justice Lowe in the New York County Supreme Court, at 9:30 am that day. The parties thank the Court for its attention to this matter.

**MEMO ENDORSED** 6/30/08

Conf adjourned to 8/14 at 11:30 am of [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Very truly yours,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Steven L. Klepper

cc: Lawrence Hersh, Esq. (via email)
    Paige Ellerman, Esq. (via email)

www.coleschotz.com

45768/0001-2612497v1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  June 30, 2008                               Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Lawrence C. Hersh, Esq. | 201-507-6311 |
| Steven L. Klepper, Esq. | 201-678-6301 |
| Paige Leigh Ellerman, Esq. | 513-381-0205 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/30/08**

Conf. adjourned to 8/14 at 11:30 AM at the parties' request.

Copy to:   Judge Barbara S. Jones