USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/30/08

**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 105
Rutherford, NJ 07070
(201) 507-6300

Attorney for Plaintiff Hain Capital Holdings Ltd.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

————————————————X
HAIN CAPITAL HOLDINGS LTD.

      Plaintiff,

- against -

FIBERLIGHT, LLC and KEVIN B. COYNE,

      Defendants.
————————————————X

Civil Action No. 08 CV 3156 (BSJ)

**CONSENT TO FILE SECOND AMENDED COMPLAINT, & ORDER**

Pursuant to FRCP rule 15(a), Plaintiff and Defendants hereby consent to Plaintiff's filing of the Second Amended Complaint, a copy of which is attached.

By: Lawrence C. Hersh, Esq.
17 Sylvan Street
Suite 105
Rutherford, NJ 07070

*Attorney for Plaintiff*

Dated: June 23, 2008

By: Steven L. Klepper, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022

*Attorney for Defendants*

Dated: June 16, 2008

SO ORDERED:
6/30/08
Hon. Andrew J. Peck
United States Magistrate Judge

Copy fax'd to ECF: all counsel

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: June 30, 2008

Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Lawrence C. Hersh, Esq. | 201-507-6311 |
| Steven L. Klepper, Esq. | 201-678-6301 |
| Paige Leigh Ellerman, Esq. | 513-381-0205 |