UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIN CAPITAL HOLDINGS, LTD., | Case No. 08 CV 3156 (BSJ)(AJP) |
| Plaintiff, | Civil Action |
| -against- | |
| FIBERLIGHT, LLC, and KEVIN B. COYNE, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

KAREN L. CHIANDUSSE, being of full age, hereby certifies as follows:

1.      I am a paralegal with the law firm Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendants Fiberlight, LLC and Kevin B. Coyne, in the above-captioned matter. I am over the age of eighteen (18) years and not a party to this action.

2.      I certify that on **July 14, 2008**, this office electronically filed Defendants' Answer to Plaintiff's Second Amended Complaint with the United States District Court for the District for the Southern District of New York, and counsel of record for the Plaintiff received notice of the above referenced pleading *via electronic service.*

3.      I certify that on **July 14, 2008**, this office electronically filed Defendants' Motion for Partial Summary Judgment, Declaration of Steven L. Klepper, with Exhibits A & B annexed thereto, and Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment with the United States District Court for the Southern District of New York, and counsel of record for the Plaintiff received notice of the above referenced pleading *via electronic service.*

DATED: July 15, 2008

*Karen L. Chiandusse*
KAREN L. CHIANDUSSE