UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAIN CAPITAL HOLDINGS, LTD.      08 CV 3156 (BSJ)

             Plaintiff,            **CERTIFICATE OF SERVICE**

- against -

FIBERLIGHT, LLC and KEVIN B. COYNE,

             Defendants.

---

       KAREN L. CHIANDUSSE, being of full age, hereby certifies as follows:

       1.     I am a paralegal with the law firm Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendants Fiberlight, LLC and Kevin B. Coyne ("Defendants"), in the above-captioned matter. I am over the age of eighteen (18) years and not a party to this action.

       2.     I certify that on **August 4, 2008**, this office electronically filed Defendants' Reply Memorandum of Law to Plaintiff's Opposition to Defendants Motion for Judgment on the Pleadings, with the United States District Court for the Southern District of New York, and counsel of record for the Plaintiff, Hain Capital Holdings, Ltd., received notice of the above referenced pleading *via electronic service*.

                                                      _____
                                                         KAREN L. CHIANDUSSE

DATED: August 5, 2008