UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___8/19/08___

HAIN CAPITAL HOLDINGS LTD.,                    :

                    Plaintiff,                 :          08 Civ. 3156 (BSJ) (AJP)

          -against-                            :     **ORDER OF DISMISSAL ON CONSENT**

FIBERLIGHT, LLC & KEVIN B. COYNE,              :

                    Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ANDREW J. PECK, United States Magistrate Judge:**

          Based on the settlement agreement reached by all parties and transcribed by the

court reporter on August 19, 2008, and on the stipulation of the parties pursuant to 28 U.S.C.

§ 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without

costs, provided, however, that the Court retains jurisdiction pursuant to the terms of the

settlement agreement through November 28, 2008.   Any pending motions are to be

terminated as moot.

          SO ORDERED.

DATED:     New York, New York
           August 19, 2008

                                             Andrew J. Peck
                                             United States Magistrate Judge

Copies **by fax & ECF** to:   Lawrence C. Hersh, Esq.
                              Steven L. Klepper, Esq.
                              Paige Leigh Ellerman, Esq.
                              Judge Barbara S. Jones

C:\ORD\DISMISS